UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
*ex rel*. KYLE HARRIS,

Plaintiff,

v.

ENTERPRISE TECHNOLOGY
SOLUTIONS, INC., *et al*.,

Defendants.

Civil Action No. 21-3220 (DLF)

**UNDER SEAL**

**ORDER**

The United States of America (the "United States") having made a partial intervention for purposes of settlement with Defendants Enterprise Technology Solutions, Inc., Zahid Sheikh, and Shameela Sheikh (collectively "Defendants") in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4) and (c)(3), the Court rules as follows:

IT IS ORDERED that,

1. Relator's Complaint, the United States' Notice of Partial Intervention for the Purpose of Settlement, the Joint Notice of Voluntary Dismissal of Defendant Khursheed Ahmadand, and this Order be unsealed;

2. All other papers or Orders on file in this matter shall remain under seal, except as previously ordered by this Court;

3. The seal be lifted on all other matters occurring in this action after the date of this Order; and that

3. The United States and Relator shall file a Notice of Dismissal of this action and settled claims as against Defendants following the first scheduled payment set forth in the

settlement agreement. The Court retains jurisdiction to enforce the parties' settlement agreement.

10/6/2026
Date

Dabney L. Friedrich
United States District Judge